**WILLIAM B. LOOK, JR.**  
Attorney at Law  
PO BOX 1381  
Monterey, CA  93942  
831-372-1371/372-5779 FAX  
email: look_mtr@sbcglobal.net  
#66631  

Attorney for Plaintiffs

(SPACE BELOW FOR COURT USE ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Tamone, Josephine Tamone, Victoria C. Flower,<br><br>  Plaintiffs,<br><br>v.<br><br>Wachovia Mortgage, FSB, et al,<br><br>  Defendants. | CASE: C 09-CV-00343 JF<br><br>STIPULATION TO VACATE JUDGEMENT AND ORDER AND DISMISS ENTIRE ACTION PURSUANT TO SETTLEMENT AGREEMENT AND ORDER THEREON |

    Plaintiffs and defendants have, via mediation under the Rules of the Ninth Circuit Court of Appeal in the appeal of this action reached a comprehensive settlement of their dispute including this action. They therefore hereby mutually stipulate to Vacate the prior Judgment and Order and to DISMISS the above action with prejudice and as to all parties, causes of action and all claims of any kind between them.

Dated: September 30, 2009     ____//S//_____  
                                                **WILLIAM B. LOOK, JR.**  
                                                Attorney for Plaintiffs

Dated: September 30, 2009     ___//S//_____  
                                                Keith Yandell, ReedSmith  
                                              Attorneys for Defendants

**GOOD CAUSE APPEARING**, the stipulation is approved and the Judgment and Order herein are hereby vacated and the above action is ordered dismissed.

DATED: 10/1/09

_____
Judge of the District Court